UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAM SWEATT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RENAISSANCE ACQUISITION COMPANY, )<br>LLC, and RENAISSANCE ADMINISTRATION, )<br>LLC d/b/a RENAISSANCE PHILANTHROPIC )<br>SOLUTIONS GROUP a/k/a RENPSG )<br>)<br>Defendants. ) | Case No.: 1:19-cv-04911-RLY-DML |

## ORDER OF DISMISSAL

This cause came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice and the Court, having considered said stipulation and being duly advised in the premises, same is now GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this cause be dismissed with prejudice, each party shall bear its own costs, including attorneys' fees.

SO ORDERED this 16th day of July, 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to
ECF Registered Counsel of Record